```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHLEEN PEREZ,

                    Plaintiff,

       -against-

NEW YORK CITY DEPARTMENT/BOARD OF
EDUCATION; OMOTAYO CINEUS, PRINCIPAL OF
M.S. 72Q; STEVEN TRAVERSIERE, ASSISTANT
PRINCIPAL OF M.S. 72Q,

                    Defendants.

14 Civ. 9553 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court having ordered the parties to complete fact discovery by **November 20, 2015** at the case management conference on November 2, 2015, the case will now proceed to trial. Accordingly, the parties shall file their joint pre-trial order by **February 22, 2016**. The joint pre-trial order and related submissions are to be sent as follows:

      In accordance with Paragraph V.B of the Court's Individual Practices in Civil Cases, the parties shall submit a proposed joint pre-trial order to the Court by PDF attachment to an e-mail by **February 22, 2016**, at **12:00 p.m.**

      In accordance with Paragraphs V.C and V.D of the Court's Individual Practices, each party shall file and serve along with the joint pre-trial order all required pre-trial filings, including motions addressing any evidentiary issues or other matters that should be resolved *in limine*, joint requests to charge, joint proposed verdict forms, and joint proposed *voir dire* questions.

      In accordance with Paragraph V.C(v) of the Court's Individual Practices, the parties shall deliver to the Court by **February 22, 2016**, one copy of each documentary exhibit sought to be admitted, pre-marked (*i.e.*, labeled with exhibit stickers) and assembled sequentially in a looseleaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

      In accordance with Paragraph V.F of the Court's Individual Practices, by **February 29, 2016**, at **12:00 p.m.**, the parties shall file, if necessary, any objections to another party's requests to charge or proposed *voir dire* questions, any opposition to any motion *in limine*, and any opposition to any legal argument in a pre-trial memorandum.

      Counsel for all parties shall appear for a final pre-trial conference on **May 4, 2016**, at **4:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

Trial shall commence at **9:00 a.m.** on **May 9, 2016**. In accordance with Paragraph V.H of the Court's Individual Practices, trial will be conducted from 9:00 a.m. to 2:15 p.m. with a break from 11:15 to 11:45 a.m. During the jury selection and jury deliberation phases, court will be in session from 9:00 a.m. to 5:00 p.m. with a break from 1:00 to 2:00 p.m.

Prior to the final pre-trial conference, counsel for both parties, along with the parties themselves, shall meet in person for at least one hour to discuss settlement of this matter. Additionally, counsel shall submit a joint letter by **December 7, 2015**, informing the Court whether they would like to be referred to a magistrate judge for settlement discussions.

SO ORDERED.

Dated: November 4, 2015
New York, New York

_____
ANALISA TORRES
United States District Judge